# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Brill, Gerrilyn G. | **2. Court or Organization**<br><br>U.S. District Court, N. D. Ga | **3. Date of Report**<br><br>06/26/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge Full Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Suite 1837
75 Spring Street, S.W.
Atlanta, Georgia 30335

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Delta Air Lines, Inc. consultant income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brill, Gerrilyn G.** | 06/26/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Air Lines Stock | B | Dividend | K | T | | | | | |
| 2. Delta Community Credit Union | C | Dividend | N | T | | | | | |
| 3. Morgan Stanley Liquid Asset Fund | C | Dividend | | | Redeemed | 10/01/14 | M | | |
| 4. Delta Family Care Savings Plan (see next line) | | | | | | | | | |
| 5. --Fidelity Ins. Contracts/stable value | D | Interest | N | T | | | | | |
| 6. Associated Credit Union | A | Interest | M | T | | | | | |
| 7. Wells Fargo | C | Interest | O | T | | | | | |
| 8. The Vanguard Group (see below) | | | | | | | | | |
| 9. --Capital Value Fund | A | Dividend | J | T | Buy | 12/12/14 | J | | |
| 10. --Em Mkt Gov Bond Ix | A | Dividend | K | T | | | | | |
| 11. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 12. --Em Mkts Stx Idx | A | Dividend | K | T | | | | | |
| 13. Explorer Value Fund | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 14. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 15. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 16. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 17. --Tax Exempt Money Market Fund | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Global Equity Fund | B | Dividend | M | T | | | | | |
| 19. --Global Min Vol | A | Dividend | K | T | Buy (add'l) | 01/23/14 | J | | |
| 20. | | | | | Buy | 01/24/14 | J | | |
| 21. --Growth Index Fund | A | Dividend | J | T | Buy | 09/22/14 | J | | |
| 22. --High Yield Corp Fund | B | Dividend | K | T | | | | | |
| 23. | | | | | Buy (add'l) | 01/07/14 | J | | |
| 24. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 25. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 26. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 27. | | | | | Buy (add'l) | 05/29/14 | J | | |
| 28. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 29. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 30. --High Yield Tax-Exempt | C | Dividend | L | T | Buy (add'l) | 01/03/14 | J | | |
| 31. | | | | | Buy (add'l) | 01/07/14 | J | | |
| 32. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 33. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 34. | | | | | Buy (add'l) | 09/08/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 36. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 37. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 38.  --Inter-Term Bond Index | D | Dividend | N | T | | | | | |
| 39.  --Inter-Term Gov. Bond Index | A | Dividend | J | T | Buy | 12/19/14 | J | | |
| 40.  --Inter-term Tax Exempt | D | Dividend | N | T | | | | | |
| 41.  --Large Cap Index | A | Dividend | J | T | | | | | |
| 42.  --Ltd Term Tax Exempt | A | Dividend | L | T | | | | | |
| 43.  --Mid-cap Index | C | Dividend | N | T | | | | | |
| 44.  --Prime Money Market | A | Dividend | K | T | | | | | |
| 45.  --Short term investment-grade | A | Dividend | K | T | Buy | 01/09/14 | J | | |
| 46. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 47.  --Short-Term Bond Index | C | Dividend | N | T | | | | | |
| 48.  --Short Term Tax Exempt | B | Dividend | M | T | Buy (add'l) | 01/03/14 | J | | |
| 49. | | | | | Buy (add'l) | 01/07/14 | J | | |
| 50. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 51.  --Tax Exempt Money Mkt | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Tot Intl Bond Ix | A | Dividend | J | T | Buy | 09/18/14 | J | | |
| 53. | | | J | T | Buy (add'l) | 09/22/14 | J | | |
| 54. --Tot Int'l Stock Ix | D | Dividend | M | T | | | | | |
| 55. --Total Bond Mkt Idx | B | Dividend | K | T | Buy (add'l) | 01/03/14 | J | | |
| 56. | | | J | T | Buy (add'l) | 01/10/14 | J | | |
| 57. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 58. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 59. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 60. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 61. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 62. --Total Stock Mkt Idx | E | Dividend | P1 | T | | | | | |
| 63. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 64. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 65. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 66. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 67. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 68. | | | | | Buy (add'l) | 05/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/29/14 | J | | |
| 70. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 71. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 72. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 73. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 74. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 75. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 76. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 77. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 78. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 79. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 80. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 81. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 82. --Total World Stock idx | B | Dividend | L | T | Buy (add'l) | 06/12/14 | J | | |
| 83. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 84. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 85. --Wellington Fund | C | Dividend | M | T | Buy (add'l) | 06/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Windsor II Fund | D | Dividend | N | T | Buy (add'l) | 05/20/14 | J | | |
| 87. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 88. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 89. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 90. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 91. --500 Index Fund | A | Dividend | K | T | | | | | |
| 92. --REIT Index ETF | A | Dividend | K | T | | | | | |
| 93. Apple, Inc | A | Dividend | J | T | | | | | |
| 94. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 95. United Parcel Service | A | Dividend | J | T | | | | | |
| 96. --Growth Index Fund (GGB IRA) | | | J | T | | | | | |
| 97. --Morgan Growth Fund ( GGB IRA) | | | K | T | | | | | |
| 98. --Prime Money Market (GGB IRA) | | | J | T | | | | | |
| 99. --Strategic Small Cap Equity (GGB IRA) | | | J | T | | | | | |
| 100. --U.S. Growth Fund (GGB IRA) | | | J | T | | | | | |
| 101. --Prime Money Mkt (WAB IRA) | B | Dividend | L | | | | | | |
| 102. --Windsor II (WAB IRA) | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPOUSE TRUSTEE ACCT (1) W/ WELLS FARGO ADVISORS | | | | | | | | | |
| 104. STOCKS AND ETFS | | | | | | | | | |
| 105. American Electic Power Stock | A | Dividend | J | T | | | | | |
| 106. Consolidated Edison Inc Stock | A | Dividend | J | T | | | | | |
| 107. Frontier Communications Corp Stock | A | Dividend | J | T | | | | | |
| 108. General Motors Co. | A | Dividend | J | T | | | | | |
| 109. Kinder Morgan Energy Partners | A | Dividend | J | T | | | | | |
| 110. Motors Liquidation Co. | A | Dividend | J | T | | | | | |
| 111. Public Svc Enterprise Group Inc. | A | Dividend | J | T | | | | | |
| 112. Verizon Communications | A | Dividend | J | T | | | | | |
| 113. CORPORATE BONDS | | | | | | | | | |
| 114. General Motors Accept Corp. Smartnotes due 5/15/18 | A | Interest | J | T | | | | | |
| 115. General Motors Accept Corp. Smartnotes due 09/15/18 | A | Interest | J | T | | | | | |
| 116. Goldman Sachs Grp Inc Med. term Notes due 6/15/21 | A | Interest | K | T | | | | | |
| 117. GOV'T ASSET BACKED/CMO SECURITIES | | | | | | | | | |
| 118. FNMA PTP CPN Due 8/1/28 | A | Int./Div. | J | T | | | | | |
| 119. GNMA PTP CPN Due 12/15/28 | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FNMA PTP CPN Due 9/1/32 | A | Int./Div. | J | T | | | | | |
| 121. MUNICIPAL BONDS | | | | | | | | | |
| 122. New York St. NYC Bond cpn due 6/15/22 | A | Interest | K | T | | | | | |
| 123. Port Authority NY & NJ Bond cpn due 7/15/23 | A | Interest | K | T | | | | | |
| 124. MUTUAL FUNDS | | | | | | | | | |
| 125. Blackrock Global Allocation Fund, Inc Class C | A | Dividend | K | T | | | | | |
| 126. Cohen & Steers Pfd Secs & Ubcine FD Ubc Class C | A | Dividend | K | T | | | | | |
| 127. JP Morgan Income Builder FD CL C JNBCX | A | Int./Div. | K | T | | | | | |
| 128. Loomis Sayles FDS II Strategic Income FD | B | Int./Div. | K | T | | | | | |
| 129. PREFERREDS/FIXED RATE CAP SECURITIES | | | | | | | | | |
| 130. Vornado Rlty PFD | A | Interest | J | T | | | | | |
| 131. SPOUSE TRUSTEE Acct (2) FOR PARENT WELLS FARGO | | | | | | | | | |
| 132. STOCKS AND ETFS | | | | | | | | | |
| 133. A T & T | B | Dividend | K | T | | | | | |
| 134. Consolidated Edison Inc | A | Dividend | K | T | | | | | |
| 135. Duke Energy Corp. | B | Dividend | K | T | | | | | |
| 136. Enterprise Products Partners | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ishares Dow Jones EPAC Select Dividend Index Fund | B | Dividend | K | T | | | | | |
| 138. Kinder Morgan Inc Del KMI | A | Dividend | J | T | | | | | |
| 139. CORPORATE BONDS | | | | | | | | | |
| 140. General Elec Cap Corp Senior Internotes due 4/15/18 | A | Dividend | J | T | | | | | |
| 141. Goldman Sachs Group Notes Due 8/15/20 | A | Dividend | K | T | | | | | |
| 142. General Elec Cap Corp Med. term internotes due 11/15/20 | A | Dividend | K | T | | | | | |
| 143. JP Morgan Chase notes due 5/10/21 | A | Dividend | K | T | | | | | |
| 144. General Elec Cap Corp sr unsecured internotes due 1/15/22 | A | Dividend | J | T | | | | | |
| 145. MUNICIPAL BONDS | | | | | | | | | |
| 146. Long Island Pwr Auth NY Elec Sys due 12/1/16 | B | Interest | K | T | | | | | |
| 147. Triborough Brdge & Tunl Auth NY due 11/15/19 | A | Interest | K | T | | | | | |
| 148. New York NY G/O Unltd B/E OID due 12/1/20 | A | Interest | K | T | | | | | |
| 149. New York NY Subser D-1 G/O Unltd B/E OID due 12/1/20 | A | Interest | J | T | | | | | |
| 150. CERTIFICATES OF DEPOSIT | | | | | | | | | |
| 151. GE Capital Finl Inc CD Due 4/30/14 | A | Interest | K | T | | | | | |
| 152. GE Capital Retail Bk CD Due 9/30/19 | A | Interest | K | T | | | | | |
| 153. MUTUAL FUNDS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cohen & Steers PFD Secs & Income Fd Inc Class C | B | Int./Div. | K | T | | | | | |
| 155. JP Morgan Income Builder FD CL C | B | Int./Div. | K | T | | | | | |
| 156. Oppenheimer Global Strategic Income Fd Cl C | A | Int./Div. | K | T | | | | | |
| 157. Templeton Global Bond Fund | A | Int./Div. | K | T | | | | | |
| 158. PREFERREDS/FIXED RATE CAP SECS SECURITIES | | | | | | | | | |
| 159. JP Morgan Chase non-cum perpetual mat | B | Int./Div. | K | T | | | | | |
| 160. SL Green Realty PFD Corp-Preferred-Perp/ cum series | A | Int./Div. | K | T | | | | | |
| 161. SL Green Realty PFD Corp-Preferred-Perp/ cum series | A | Int./Div. | J | T | | | | | |
| 162. Taubman Centers 6.5% pfd series J perpetual/cum | A | Int./Div. | K | T | | | | | |
| 163. Wells Fargo 8% PFD callable series J | B | Int./Div. | K | T | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brill, Gerrilyn G. | 06/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Gerrilyn G. Brill**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544